IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:  
MILAGROS PUCHALES RODRIGUEZ  
DEBTOR

CASE NO. 15-03206-ESL  
CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, MILAGROS PUCHALES RODRIGUEZ**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated July 2, 2015, herewith and attached to this motion.

2. This proposed amended Plan is filed to provide for creditor Cooperativa A/C Aguas Buenas, amended claim 4-2.

**WHEREFORE** debtor respectfully requests the confirmation of the proposed amended Plan, dated July 2, 2015.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Milagros Puchales Rodriguez, and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 2nd day of July, 2015.

/s/ Roberto Figueroa Carrasquillo  
ROBERTO FIGUEROA CARRASQUILLO  
USDC #203614  
ATTORNEY FOR PETITIONER  
PO BOX 186 CAGUAS PR 00726  
TEL. NO. (787) 744-7699  
EMAIL: rfigueroa@rfcprlaw.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: Case No. **3:15-bk-3206**

**PUCHALES RODRIGUEZ, MILAGROS** Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **7/02/2015**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **175.00** x **60** = $ **10,500.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **10,500.00**

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:
☐ Sale of Property identified as follows:
___

☐ Other:
___

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **10,500.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,893.00**

Signed: **/s/ MILAGROS PUCHALES RODRIGUEZ**
Debtor

___
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**Coop A/C Aguas Bue    Coop A/C Cidrena**
5. ☐ Other: ___
6. ☐ Debtor otherwise maintains regular payments directly to:
___
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
\* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**      Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          COOP A/C AGUAS BUENAS                    US Bankruptcy Court District of P.R.
0104-3                                   PO BOX 5                                 Jose V Toledo Fed Bldg & US Courthouse
Case 15-03206-ESL13                      AGUAS BUENAS, PR 00703-0005              300 Recinto Sur Street, Room 109
District of Puerto Rico                                                           San Juan, PR 00901-1964
Old San Juan
Thu Jul  2 13:58:33 AST 2015

BANCO POPULAR DE PUERTO RICO             Banco Popular De Puerto Rico             Citifinancial
BANKRUPTCY DEPARTMENT                    PO Box 3228                              605 Munn Road
PO BOX 366818                            San Juan, PR  00936                      Fort Mill, SC 29715-8421
SAN JUAN PR 00936-6818


Coop A/C Cidrena                         Cooperativa A/C Aguas Buenas             Island Finance
PO Box 1498                              PO Box 5                                 PO Box 71504
Cidra, PR  00739-1498                    Aguas Buenas, PR  00703-0005             San Juan, PR 00936-8604



Raul Norberto Carrero Crespo, Esq.       SANTANDER FINANCIAL D/B/A ISLAND FINANCE Syncb/Walmart
Attorney For Coop AC Cidrena             PO BOX 195369                            PO Box 965024
107 Isabel Andreu De Aguilar St Local 1  SAN JUAN PR 00919-5369                   Orlando, FL 32896-5024
San Juan, PR 00918-3312


JOSE RAMON CARRION MORALES               MILAGROS PUCHALES RODRIGUEZ              MONSITA LECAROZ ARRIBAS
PO BOX 9023884                           37 SECT LAS ORQUIDEAS                    OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR 00902-3884                  AGUAS BUENAS, PR 00703-9122              OCHOA BUILDING
                                                                                  500 TANCA STREET  SUITE 301
                                                                                  SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO            End of Label Matrix
PO BOX 186                               Mailable recipients   15
CAGUAS, PR 00726-0186                    Bypassed recipients    0
                                         Total                 15
```