IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 15-03206-ESL |
|---|---|
| MILAGROS PUCHALES RODRIGUEZ | |
| DEBTOR | CHAPTER 13 |

### DEBTOR'S REPLY TO TRUSTEE'S UNFAVORABLE REPORT ON CONFIRMATION, DOCKET #14

TO THE HONORABLE COURT:

**NOW COMES, MILAGROS PUCHALES RODRIGUEZ,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Chapter 13 Trustee filed an unfavorable report on Plan confirmation, docket #14, dated July 8, 2015, stating that debtor is one (1) month in arrears with the Trustee.

2. The debtor hereby respectfully submits that on July 8, 2015, she made one (1) $175.00 payment in order to cure the arrears in her Plan payments. Attached is copy of payment made to the Trustee.

3. With this information debtor responds to the Trustee's unfavorable report on confirmation, docket #14, dated July 8, 2015.

**WHEREFORE,** debtor respectfully requests that Trustee's unfavorable recommendation be denied.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send

notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the debtor, Milagros Puchales Rodriguez, to her address of record: 37 Sect Las Orquideas Aguas Buenas, PR 00703.

**RESPECFULLY SUBMITTED**. In San Juan, Puerto Rico, this 9th day of July, 2015.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
PO BOX 186
CAGUAS PR 00726-0816
TEL (787)744-7699 FAX (787)746-5294
EMAIL: rfigueroa@rfclawpr.com

← LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

*1721303154 9*

AGT 111377 LIC 000000 DT 070915 $175.00 1HUNDRED75DOLLARS AND NO CENTS

Payable to: RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before placing it in the mailbox.

PURCHASE AGREEMENT. You, the purchaser, agree that Western Union Financial Services Inc. (WUFSI) need not stop payment of, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately. WUFSI will provide you with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

← LOAD THIS DIRECTION, THIS SIDE UP

UNION
money money for better

MONEY ORDER

17-21303154 9

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A. Grand Junction, Colorado

A 111377-D 070915
1119 07
1721303154 9 L 00000

PAY EXACTLY   ONE HUNDRED SEVENTY-FIVE DOLLARS AND NO CENTS   $ 175.00

PAY TO THE ORDER OF   José Cansión Chapter (3 trustee
Milagros Richels Asst L35 Sct Las
Orquídeas OA PR

PAYMENT FOR/ACCT. #   15-0320G

PURCHASER'S SIGNATURE

⑆10210040⑆ ⑈1721303154 9⑉